U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **FREDDIE TAYLOR** | DOCKET NO. 07-CV-1536, SEC. P |
| **VERSUS** | JUDGE DRELL |
| **R. CEDARS** | MAGISTRATE JUDGE KIRK |

<u>ORDER</u>

Before the court is Freddie Taylor's *pro se* civil rights suit (42 U.S.C. § 1983) filed on September 14, 2007. Plaintiff was initially allowed to proceed *in forma pauperis* on September 18, 2007. [Doc. #3] However, on November 1, 2007, the undersigned, having noted that three or more of Plaintiff's previous civil rights suits had been dismissed under 28 U.S.C. §1915(e)(2)(b), vacated and rescinded the order granting *in forma pauperis* status. Plaintiff was directed to pay the full filing fee within twenty days and was advised that his failure to pay the filing fee as directed would result in his pleadings being stricken and the case closed. [Doc. #4] More than twenty days have passed since the date of the Order, and Plaintiff has not paid the filing fee.

Therefore, **IT IS ORDERED** that the pleadings be **STRICKEN** and the case **CLOSED**.

**THUS DONE AND SIGNED** in Chambers, Alexandria, Louisiana, this 18th day of December, 2007.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE